**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**(HOUSTON DIVISION)**

| | | |
|---|---|---|
| DEVAN XAVIER PLUMMER and STACEY ROCHELLE VAUGHN,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.; GEICO TEXAS COUNTY MUTUAL INSURANCE COMPANY; TIFFANY SMITH; DANIELLE SAUNDERS; DANIEL STAPP, CLASSIC COLLISION, LLC, DAVID MILLIGAN, ASHLEY DILLARD a/k/a ASHLEY MILLER; CCC INTELLIGENT SOLUTIONS INC.; and MARGARITA CASTRO,<br><br>Defendants. | ) | Case No. 4:26-cv-6699 |

**CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS**

NOW COMES Defendant Consumer Portfolio Services, Inc. ("CPS"), by counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation."

2. CPS discloses that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Date: August 14, 2026

Respectfully submitted,

CONSUMER PORTFOLIO SERVICES, INC. and MARGARITA CASTRO

By: /s/ Jeffrey D. Pilgrim
One of their attorneys

Jeffrey D. Pilgrim
Illinois Bar No. 6270435
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph.(312) 939-0923
Fax (312) 939-0983
jpilgrim@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and sent the same via electronic mail to the following:

Devan Xavier Plummer
Stacey Rochelle Vaughn
*Adress Confidential*
Devanplummer1@gmail.com

*Plaintiffs appearing pro se*

/s/ Jeffrey D. Pilgrim